AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

AMADI ARNETT SHAW,

| | )
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| GRANT COUNTY SHERIFF DEPARTMENT, | ) |
| | ) |

Civil Action No.   4:15-CV-5032-EFS

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   IT IS SO ORDERED. The District Court Executive is directed to enter judgment, forward copies to Plaintiff at his
last known address, and close the file.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

❏ decided by Judge _____ on a motion for

Date:   July 27, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy